# UNITED STATES DISTRICT COURT

## District of Massachusetts

## Motion to Seal

Now, comes the Defendant: United States v. Diego Mas Marques, Docket Number 09-cr-10304-MW and Respectfully petitions this Court to Seal the aforementioned case. The reasons for the Sealing of this case are as follows:

1. This case occurred in Spain and not in the United States and this case is currently in the Spanish criminal record system.
2. As this case is showing up in the Spanish system and the United States NCIC and State CORI system, it is considered **"Double Jeopardy"** and directly goes against the United States **"Fifth Amendment"**, **"nor shall any person be subject for the same offence to be twice put in jeopardy of life and limb"**. The Defendant in this case was sentenced in Spain completed his time and successfully completed Supervision in the United States.
3. The aforementioned case is visible to employers, which is a severe detriment to my employment and any and all future endeavors, that I may seek here in the United States. The State of Massachusetts' "Office of the Commissioner of Probation" has Sealed any and all past records on file (see accompanied copy of letter from the Massachusetts Commissioner of Probation, dated January 14, 2012 and copy of action taken to Seal any and all past criminal history records).
4. Defendant petitions this court to Seal this record from the "Pacer" system and not allow this case to be displayed on the world wide web, for the same reasons mentioned above.

This court has jurisdiction over this matter pursuant to 28 U.S.C. 1332.

The Defendant in the aforementioned matter Respectfully petitions this court to Grant this Motion and Seal this record, so that it is not visible to the public for the above mentioned reasons.

Signature: *Diego Mas Marques*

Name: Diego Mas Marques

Address: 32 Webster Street, Medford, MA 02155

Telephone: 617-416-8670

Date: January 18, 2013