UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2015 NOV 12  PM 1 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

__Diego Mas Marques__   )
                        )
                        )
                        )
v.                      )   C.A. No. __09-10304-MLW__
                        )
                        )
__United States of America__ )
                        )
                        )
                        )

### NOTICE OF APPEAL

Notice is hereby given that __Diego Mas Marques__ the __Plaintiff__ in the above-named matter, hereby appeals to the United States District Court of Appeals For the First Circuit from the __United States District Court__ entered in this action on __November 12, 2015__.

Respectfully submitted,

Date:

_____
(signature)
Print name & address:

### Certificate of Service

I, __Diego Mas Marques__, certify that I have caused a copy of this Notice of Appeal to be served by mailing a copy of the same to __Judge Mark L. Wolf__ (recipient)), at __US District Court, 1 Courthouse Way, Boston, MA 0__(address) on __November 12, 2015__ (date).

Date:

_____
(signature)
Print name: