**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

---

Case Caption: United States of America v. Diego MasMarques

District Court Number: 09cr10304-MLW

---

Fee:   Paid?   Yes ____   No  X    Government filer ____   *In Forma Pauperis* Yes ____   No ____

---

Motions Pending          Yes ____ No  X              Sealed documents        Yes  X   No ____
*If yes, document #*     _____              *If yes, document #*    2,3,4,6

*Ex parte* documents     Yes  X  No ____              Transcripts             Yes ____ No  X
*If yes, document #*     2,3                          *If yes, document #*    _____

---

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent  X    Other: ____

Appeal from:

#7 Memorandum and Order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#7 and #10

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 10 filed on November 12, 2015.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 12, 2015.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

---

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**