# United States Court of Appeals
## For the First Circuit

_____

No. 15-2402

IN RE: DIEGO MASMARQUES,

Petitioner.

_____

Before

Howard, <u>Chief Judge</u>,
Thompson and Kayatta, <u>Circuit Judges</u>.

_____

**JUDGMENT**

Entered: December 1, 2015

Petitioner's "emergency writ of mandamus motion" is <u>denied</u>.

Petitioner's request to proceed in this matter under a pseudonym is <u>denied</u>.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Diego MasMarques
Dina Chaitowitz